110 A.3d 994

Clarence SUTTON, Appellant

v.

PENNA. BOARD OF PROBATION AND PAROLE, and Hon. Kathleen Kane Attorney General Commonwealth of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

Feb. 17, 2015.

Clarence Sutton, Huntingdon, pro se.

James Patrick Barker, PA Office of Attorney General, Harrisburg, for Kathleen Kane.

Jason Anthony Lambrino, PA Bard of Probation and Parole, Harrisburg, PA, for Penna. Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of February, 2015, the order of the Commonwealth Court is hereby **AFFIRMED.**